# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00668-CV

**Rafael Montez da Oca, Appellant**

**v.**

**Eduardo Gutierrez, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-12-000782, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

This Court has been notified that appellant Rafael Montez da Oca has filed for bankruptcy protection (United States Bankruptcy Court, W.D. Texas, case number 15-10587). Accordingly, the appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8. Any party may file a motion to reinstate upon the occurrence of an event that would allow the appeal to proceed. *See* Tex. R. App. P. 8.3. Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding will result in the dismissal of the case for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Before Justices Puryear, Pemberton, and Bourland

Bankruptcy

Filed: May 19, 2015